# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 21, 2018

157680

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

KENNETH GERALD COX,
        Defendant-Appellant.
_____/

SC: 157680
COA: 340964
Alpena CC:  00-005417-FH
                    00-005441-FC

On order of the Court, the application for leave to appeal the March 12, 2018 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2018



Clerk

t1217